

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRENDA L. CARABAJAL                                   CIVIL ACTION

VERSUS                                                NO. 04-2701

SOCIAL SECURITY ADMINISTRATION                        SECTION "F" (4)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion, Accordingly;

IT IS ORDERED that the ALJ's decision denying Brenda L. Carbajal's application for Disability Insurance Benefits and Supplemental Security Income Benefits is AFFIRMED.

New Orleans, Louisiana, this 8th Day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No___
```